722 A.2d 684

Sandra L. FEIGLEY, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Jan. 20, 1999.

## ORDER

PER CURIAM

AND NOW, this 20th day of January 1999, we **AFFIRM** the Order of the Commonwealth Court.